# RETURN OF SERVICE

**State of Florida**  **County of Palm Beach**  **Circuit Court**

Case Number: 50-2025-CA-010271-XXXA-MB

PPJ2025013019-2

Plaintiff:
**PHILIPE CASTRO**

vs.

Defendant:
**WAL-MART STORES EAST, LP**

For:
ANDRES HERMIDA
MORGAN & MORGAN, P.A.

Received by Prestige Process to be served on **WAL-MART STORES EAST LP CT CORPORATION SYSTEM, 1200 SOUTH PINE ISLAND ROAD # 250, PLANTATION, Broward County, FL 33324**

I, Roy Bates, do hereby affirm that on the **6th day of November, 2025** at **3:58 pm**, I:

served a **LIMITED PARTNERSHIP** by delivering a true copy of the **SUMMONS, COMPLAINT, NOTICE OF SERVICE OF INTERROGATORIES, PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT, WAL-MART STORES EAST, LP AND UNIFORM DIFFERENTIATED CASE MANAGEMENT ORDER AND ORDER SETTING TRIAL** with the date and time of service, my initials, and identification number endorsed thereon by me to **Jasmine Gary, an Intake Specialist, employed by the Registered Agent CT Corporation System** at the address of **1200 S Pine Island Road - Ste 250, Plantation, FL 33324** on behalf of **WAL-MART STORES EAST LP CT CORPORATION SYSTEM**. I informed said person of the contents therein. Jasmine Gary is described as a Black female, estimated age of 28 years old with dark brown hair, 5' 3" tall, weighing 100 lbs, and was wearing glasses. Service was effectuated pursuant to F.S. 48.081 (3)(a) . Actual service location: (26.1056,-80.2614) accuracy 36 m.

Under Florida Statute 92.525 (2), I acknowledge that I am a Special Process Server in good standing in the Judicial Circuit in which service was effected in Broward County, that I am over the age of 18, and that I am not a party to, nor interested in, the outcome of the above-entitled suit. Under penalties of perjury, I declare I have read the foregoing verified Return of Service, and the facts stated in it are actual—no Notary Required.

**Roy Bates**
SPS #1383
11/6/2025
**Date**

**Prestige Process
16853 NE 2nd Ave. Suite 303
Miami, FL 33132
(786) 916-2424**

Our Job Serial Number: PPJ-2025013019
Ref: 18106852

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

