DIVISION OF CORPORATIONS



Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

## Detail by Entity Name

Foreign Limited Partnership
WAL-MART STORES EAST, LP

**Filing Information**

| | |
|---|---|
| **Document Number** | B01000000392 |
| **FEI/EIN Number** | 71-0862119 |
| **Date Filed** | 11/16/2001 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | LP AMENDMENT |
| **Event Date Filed** | 07/07/2020 |
| **Event Effective Date** | NONE |

**Principal Address**

1 Customer Dr
BENTONVILLE, AR 72716

Changed: 04/15/2025

**Mailing Address**

1 Customer Dr
BENTONVILLE, AR 72716

Changed: 04/15/2025

**Registered Agent Name & Address**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Name Changed: 03/31/2004

Address Changed: 03/31/2004

**General Partner Detail**

**Name & Address**

Document Number M02000000296

WSE MANAGEMENT, LLC
1 Customer Dr
BENTONVILLE, AR 72716

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 04/28/2023 |
| 2024 | 04/19/2024 |
| 2025 | 04/15/2025 |

### Document Images

| | |
|---|---|
| 04/15/2025 -- ANNUAL REPORT | View image in PDF format |
| 04/19/2024 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2023 -- ANNUAL REPORT | View image in PDF format |
| 01/10/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/26/2021 -- ANNUAL REPORT | View image in PDF format |
| 07/07/2020 -- LP Amendment | View image in PDF format |
| 05/31/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2015 -- ANNUAL REPORT | View image in PDF format |
| 03/31/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/14/2012 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2011 -- ANNUAL REPORT | View image in PDF format |
| 04/09/2010 -- ANNUAL REPORT | View image in PDF format |
| 12/11/2009 -- LP Amendment | View image in PDF format |
| 04/13/2009 -- ANNUAL REPORT | View image in PDF format |
| 04/08/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/15/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/13/2005 -- Contribution Change | View image in PDF format |
| 05/11/2004 -- ANNUAL REPORT | View image in PDF format |
| 05/11/2004 -- Contribution Change | View image in PDF format |
| 03/31/2004 -- Reg. Agent Change | View image in PDF format |
| 05/08/2003 -- ANNUAL REPORT | View image in PDF format |
| 05/08/2003 -- Contribution Change | View image in PDF format |
| 04/03/2002 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2002 -- Contribution Change | View image in PDF format |
| 03/14/2002 -- Amendment | View image in PDF format |
| 11/16/2001 -- Foreign LP | View image in PDF format |

Florida Department of State, Division of Corporations