# Felix Lopez

| | |
|---|---|
| **From:** | Jasmeen Jaime <jjaime@forthepeople.com> |
| **Sent:** | Monday, December 1, 2025 11:04 AM |
| **To:** | Felix Lopez; pleadings@fasidibellolaw.com; Stefanie Nevot |
| **Cc:** | Andres Hermida; Yair Bengio |
| **Subject:** | SERVICE OF COURT DOCUMENT CASE NUMBER 502025CA010271XXXAMB CASTRO, PHILIPE - WAL MART STORES EAST LP |
| **Attachments:** | Pl Notice of Serving Initial Disclosure.pdf |

| Court Identity: | 15th JUDICIAL CIRCUIT COURT IN AND FOR PALM BEACH COUNTY, FLORIDA |
|---|---|
| **Case No.:** | 50-2025-CA-010271-XXXA-MB |
| **Initial Parties Plaintiff(s)** | PHILIPE CASTRO |
| **Initial Parties Defendant(s)** | WAL-MART STORES EAST, LP |
| **Document(s) being served:** | 1) Plaintiff's Notice of Serving Rule 1.280 Initial Disclosure<br>📁 Philipe Castro |
| **Sender's Name:** | Andres Hermida, Esq. |
| **Sender's Phone:** | (305) 929-1912 |

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT IN AND FOR PALM BEACH COUNTY FLORIDA

CASE NO.: 50-2025-CA-010271-XXXA-MB

PHILIPE CASTRO,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.
_____/

## PLAINITFF'S NOTICE OF SERVING RULE 1.280(a) INITIAL DISCLOSURES

COMES NOW the Plaintiff, PHILIPE CASTRO, by and through the undersigned attorney, and hereby notifies the Court that, pursuant to the Florida Rules of Civil Procedure 1.280, hereby gives notice of service of its Initial Disclosures to Counsel for Defendants, WAL-MART STORES EAST, LP, 1st day of December 2025.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to all counsel of record via electronic mail Served by the Florida E-Portal this 1st day of December 2025.

    By: /s/ Andres Hermida
    Andres Hermida, Esq.
    FBN: 1010725
    MORGAN & MORGAN, P.A.
    *Attorneys for Plaintiff*
    703 Waterford Way, Suite 1050
    Miami, FL 33126
    Telephone: 305-929-1912
    Facsimile: 305-929-1930
    AHermida@forthepeople.com
    JJaime@forthepeople.com

## **SERVICE LIST**

***Counsel for Defendant***
Felix J. Lopez, Esq.
Florida Bar No. 827142
FASI & DIBELLO, P.A.
5959 Waterford District Drive, Suite 300
Miami, FL 33126
Telephone: (305) 537-0469
Facsimile: (305) 503-7405
flopez@fasidibellolaw.com
nevot@fasidibellolaw.com
pleadings@fasidibellolaw.com