```
                           IMAGING CENTER OF LAKE WORTH
                           7408 LAKE WORTH RD
                           SUITE 200
                           LAKE WORTH FL 33467
                           (813)514-2700
                           TAX ID:██████████
```

Patient:
    Acct #: 2096869
    CASTRO,PHILIPE
    ████████████
    Lake Worth Beach,FL 33461

Responsible party:
    CASTRO, PHILIPE
    ████████████
    Lake Worth Beach, FL 33461

| Srvc. Date Modifier(s) | Procedure Description Diagnosis Code(s) | Location | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 07/24/2025 | TOSPY – Time of Service Paymen | 415 – TICLW | $0.00 | $0.00 | TOSPY, TOSPY |

Payment Information
    Patient Payment: 07/24/2025 of $300.00   Adjustment: $0
    Patient Payment: 07/24/2025 of ($300.00)  Adjustment: $0

| Srvc. Date Modifier(s) | Procedure Description Diagnosis Code(s) | Location | Charge | Balance | Physician |
|---|---|---|---|---|---|
| 07/24/2025 | 72148 – MAGNETIC RESONANCE (EG S33.5XXA | 415 – TICLW | $300.00 | $0.00 | SARNER, RICHARD |

Payment Information
    Patient Payment: 07/24/2025 of $300.00   Adjustment: $0

```
                                         TOTAL BALANCE: $0.00
                                         Print Date: 09/30/2025
```

Reproduced: Tuesday, September 30, 2025 04:56:11 PM (Hlorini)

EMERGENCY MEDICINE SERVICES OF FL
PO BOX 668
BRENTWOOD, TN 37024-0668





0025066

HCA11W 5792288 782814731
**PHILIPE CASTRO**

LAKE WORTH, FL 33461-1732

## We appreciate the opportunity to serve you!

Thank you for trusting us with your healthcare needs. We hope our care exceeded your expectations. Please contact us if we can be of further assistance.

Disponible asistencia para el idioma español.

Pay online at:
https://hca.epayhealthcare.com/EPAY _ PATIENT

| Statement Date: | Account Number: | Page 1 of 2 |
|---|---|---|
| 7/22/2025 | | |

### ACCOUNT ACTIVITY

| | |
|---|---|
| Account Number | TP101677100 |
| Charges to Date | $ 678.00 |
| Payments/Discounts To Date | $ 474.60 |
| Remaining Patient Balance | $ 203.40 |
| **\* AMOUNT YOU OWE** | **$ 203.40** |

### A MESSAGE FOR YOU...

Your current responsibility is $ 203.40.

**PLEASE SEE THE REVERSE SIDE FOR BILLING DETAILS.**

\* The amount you owe may include copay or non-covered charges.

This is a statement for professional services rendered by your physician. You may receive a separate bill from the hospital for its services.

BALANCE DUE IN FULL. PLEASE PAY IMMEDIATELY.

### PAYMENT OPTIONS

Pay online at
https://hca.epayhealthcare.com/EPAY_PATIENT
Available 24/7

Pay with your phone by scanning this QR Code

Pay-by-phone or call Customer Service at:
866-606-2606 Available Mon-Fri 7AM - 6PM CST

Please be prepared to provide the patient/responsible party full name, date of birth and mailing address. All calls may be recorded.

*Many of our providers are now offering telehealth visits. If you are interested in learning more, call our practice and your provider will determine if you can be seen virtually for your next visit.*

---

DETACH HERE AND RETURN BOTTOM PORTION WITH PAYMENT



| Patient | Account No. | Date Due | Amount Now Due | Amount Paid |
|---|---|---|---|---|
| PHILIPE CASTRO | | **Upon Receipt** | $ 203.40 | $ |

☐ Check here if your address or insurance information has changed. Please indicate changes on the back of this page.

Please do not send cash.
**Make checks payable to: EMERGENCY MEDICINE SERVICES OF FL**



☐ VISA   ☐ MasterCard   ☐ DISCOVER   ☐ AMEX



Account No. | | | | | | | | | | | | | | | | |

Expiration Date _____

Authorized Signature _____

**EMERGENCY MEDICINE SERVICES OF FL**
PO Box 740745
CINCINNATI, OH 45274-0745

CASTROPHILI  00010167710008027758390000002034007222 0255



**HCA Florida**
JFK Hospital
HCA FL JFK HOSP
PO BOX 290669
NASHVILLE TN 37229-0669

# Hospital Patient Account Ledger

SSC08945 5832150 789256313 E

**Creation Date: 8/6/2025**

**Patient Name**
**PHILIPE CASTRO**

**Account Number**
85043480

**Dates of Service**
07/15/2025-07/16/2025

**Hospital Number**
02873

**Medical Record Number**
000003309358

**Patient Type**
**EMERGENCY SERVICES**

**THIS IS NOT A BILL.** This is a billing ledger regarding the hospital services received at HCA FL JFK HOSP on 07/15/2025-07/16/2025. This ledger shows the amount paid and the remaining account balance as of the creation date above. Any patient responsibility will be reflected in a bill from the facility.

## ACCOUNT LEDGER

| | |
|---|---|
| Payments to Date | $ 0.00 |
| Insurance Payments to Date | $ 0.00 |
| Patient Payments to Date | $ 0.00 |
| Remaining Account Balance | $ 52,818.00 |

This ledger includes hospital services only and is current as of the creation date above. Charges from other providers involved in the patient's care who do not work for the hospital such as physicians, a lab or other specialists, are not included.

Payments made on or near the creation date above may not be reflected due to processing time.

Any credit balance, or negative amount due, may not indicate that a refund is owed. Credit balances are separately validated and processed as appropriate.

If you have questions about this ledger or about any statements received from the hospital, please call (844) 974-3800.



# HCA Florida
## JFK Hospital

HCA FL JFK HOSP
PO BOX 290669
NASHVILLE TN 37229-0669

## Itemization of Hospital Services

SSC08945 5832150 789256313 E

**Creation Date: 8/6/2025**

**Patient Name**
PHILIPE CASTRO

| Account Number | Dates of Service |
|---|---|
| 85043480 | 07/15/2025-07/16/2025 |

| Hospital Number | Medical Record Number |
|---|---|
| 02873 | 000003309358 |

**Patient Type**
EMERGENCY SERVICES

## Itemization of Hospital Services

| REV CODE | DATE | HCPS | UNITS | DESCRIPTION | | AMOUNT |
|---|---|---|---|---|---|---|
| **0320 - DX XRAY** | | | | | | |
| | 07/15/25 | 073080 | 1 | XR ELBOW 3 + V RT | | $ 4,095.00 |
| | | | | | Subtotal: | $ 4,095.00 |
| **0351 - CT SCAN/HEAD** | | | | | | |
| | 07/15/25 | 070450 | 1 | CT HEAD/BRAIN W/O CONT | | $ 14,242.00 |
| | | | | | Subtotal: | $ 14,242.00 |
| **0352 - CT SCAN/BODY** | | | | | | |
| | 07/15/25 | 072131 | 1 | CT L-SPINE W/O CONTRAST | | $ 16,830.00 |
| | 07/15/25 | 072125 | 1 | CT C-SPINE W/O CONTRAST | | $ 13,121.00 |
| | | | | | Subtotal: | $ 29,951.00 |
| **0450 - EMERG ROOM** | | | | | | |
| | 07/15/25 | 099284 | 1 | LVL 4 EMER DEPT | | $ 4,496.00 |
| | | | | | Subtotal: | $ 4,496.00 |
| **0637 - SELF-ADMINISTERED DRUGS** | | | | | | |
| | 07/16/25 | 00000 | 2 | IBUPROFEN 600 MG PO | | $ 34.00 |
| | | | | | Subtotal: | $ 34.00 |
| | | | | **Itemization Total for Hospital Services:** | | **$ 52,818.00** |

> You are not being asked to pay the itemized amounts listed above. If any balance is due it will be sent separately on a statement from the hospital.

**Statement**

| PATIENT NAME<br>PHILIPE   CASTRO | IF PAYING BY CREDIT, FILL OUT BELOW.<br>**CHECK CARD USED**<br>[ ] MASTER CARD   [ ] VISA   [ ] DISCOVER |
|---|---|
| **BILL DATE**   **ACCT**   **AMOUNT PAID**<br>09/16/2025   ▮▮ | CARD NUMBER                                   AMOUNT PAID<br><br>SIGNATURE:                          EXP.DATE:<br><br>AMOUNT ENCLOSED: |

| PHILIPE   CASTRO<br>▮▮▮<br>LAKE WORTH  FL  33461-1732 | **THIS IS A STATEMENT OF SERVICES RENDERED BY PHYSICIAN(S) WHO ARE MEMBERS OF:**<br>PBO Spine And Orthopedic Specialists Of Sth Fl<br>2090 Palm Beach Lakes Blvd  Suite 202<br>West Palm Beach  FL  33409-6522<br>561-246-3990 |
|---|---|

| DATE OF SERVICE | DESCRIPTION OF SERVICE | AMOUNT | |
|---|---|---|---|
| 08/18/2025 | Claim:267458, Provider: EMILY H PUTNEY, DO | | |
| 08/18/2025 | Facility: PBO Spine And Orthopedic Specialists Of Sth Fl | | |
| 08/18/2025 | Dx:M54.9 Back pain due to injury | | |
| 08/18/2025 | Dx:M51.26 Lumbar disc herniation | | |
| 08/18/2025 | 99203 OFFICEOUTPATIENT VISIT, NEW - Units 1.00 | 938.00 | |
| | Your Balance Due On These Services ... | | 938.00 |
| 09/08/2025 | Claim:270367, Provider: EMILY H PUTNEY, DO | | |
| 09/08/2025 | Facility: PBO Spine And Orthopedic Specialists Of Sth Fl | | |
| 09/08/2025 | Dx:M54.9 Back pain due to injury | | |
| 09/08/2025 | Dx:M51.26 Lumbar disc herniation | | |
| 09/08/2025 | 99213 OFFICEOUTPATIENT VISIT EST - Units 1.00 | 594.00 | |
| | Your Balance Due On These Services ... | | 594.00 |

| DATE | PATIENT NAME | ACCT. NO. | PAY THIS AMOUNT | |
|---|---|---|---|---|
| 09/16/2025 | PHILIPE  CASTRO | ▮▮ | | 1532.00 |

| This is a statement for professional services rendered by your physician. Full payment is now due. You may receive a separate bill from the hospital or surgical center for its services. Dr's are independent contractors. | **MAKE CHECK PAYABLE TO:** | SPINE AND ORTHOPEDIC SPECIALISTS |
|---|---|---|

**IMPORTANT MESSAGE REGARDING YOUR ACCOUNT**