

**ADVANCED DIAGNOSTIC GROUP**

7408 Lake Worth Road, Ste 200
Lake Worth, FL 33467
Phone: 561.964.6740   |   Fax: 561.964.6754

1.5T High-field MRI

| | | | |
|---|---|---|---|
| **Patient Name:** | Philipe Castro | **Referring Physician:** | Milad Alam |
| **Patient ID:** | | **Referring Phone:** | (561) 495-9511 |
| **Patient DOB:** | | **Referring Fax:** | (561) 990-7426 |
| **DOS:** | 07/24/2025 | | |

View images in portal: https://reports.adgmri.com

**EXAMINATION:**   MRI LUMBAR WITHOUT CONTRAST

MRI OF THE LUMBAR SPINE

HISTORY: Post fall 07/15/2025. Slipping in water and landing on right side. Pain, pressure and soreness localized to lower back.

TECHNIQUE: Sagittal T1, T2, STIR, axial T1 and T2-weighted images were obtained.

FINDINGS: Straightening of the normal lumbar lordosis. Lumbar vertebral bodies are of normal height. No acute compression fractures. Conus medullaris terminates at T12-L1. T12 and L3 vertebral body hemangioma. Loss of disc signal L5-S1 with grade 1 retrolisthesis.

T12-L1: Disc is maintained and hydrated. No herniated nucleus pulposus or spinal stenosis. Neural foramina are patent.

L1-2: Disc is maintained and hydrated. No herniated nucleus pulposus or spinal stenosis. Neural foramina are patent.

L2-3: Disc is maintained and hydrated. Posterior bulge impinging upon thecal sac. Biforaminal disc bulge.

L3-4: Disc is maintained and hydrated. Posterior annular bulge. Biforaminal disc bulge.

L4-5: Disc is maintained and hydrated. Posterior bulge impinging upon thecal sac and L5 nerve roots. Biforaminal disc bulge.

L5-S1: Disc reveals loss of height and signal. Grade 1 retrolisthesis. Posteriorly extruded disc herniation and annular fissure/tear impinging upon the left S1 nerve root and approximating the right S1 nerve root. Biforaminal disc bulge and narrowing.

IMPRESSION:

1. Straightening of the normal lumbar lordosis perhaps as it relates to spasm. Clinical correlation.
2. L2-3, posterior bulge impinging upon thecal sac. Biforaminal disc bulge.
3. L3-4, posterior bulge impinging upon thecal sac. Biforaminal disc bulge.
4. L4-5, posterior bulge impinging upon the thecal sac. Biforaminal disc bulge.
5. L5-S1, disc desiccation with grade 1 retrolisthesis. Posteriorly extruded disc herniation and annular fissure/tear impinging upon the left S1 nerve root and approximating the right S1 nerve root. Biforaminal disc bulge and narrowing.

Richard Sarner



7408 Lake Worth Road, Ste 200
Lake Worth, FL 33467
Phone: 561.964.6740    |    Fax: 561.964.6754

**1.5T High-field MRI**

| | | | |
|---|---|---|---|
| **Patient Name:** | Philipe  Castro | **Referring Physician:** | Milad Alam |
| **Patient ID:** | ▮▮▮▮ | **Referring Phone:** | (561) 495-9511 |
| **Patient DOB:** | ▮▮▮▮ | **Referring Fax:** | (561) 990-7426 |
| **DOS:** | 07/24/2025 | | |

View images in portal: https://reports.adgmri.com

**EXAMINATION:**       MRI LUMBAR WITHOUT CONTRAST

Electronically signed on: 07/24/2025 12:22
Transcribed by: Leopard, Connie on:  07/24/2025 10:57



7408 Lake Worth Road, Ste 200  
Lake Worth, FL 33467  
Phone: 561.964.6740   |   Fax: 561.964.6754

**1.5T High-field MRI**

| | | | |
|---|---|---|---|
| **Patient Name:** | Philipe Castro | **Referring Physician:** | Milad Alam |
| **Patient ID:** | | **Referring Phone:** | (561) 495-9511 |
| **Patient DOB:** | | **Referring Fax:** | (561) 990-7426 |
| **DOS:** | 07/24/2025 | | |

View images in portal: https://reports.adgmri.com

**EXAMINATION:**   MRI LUMBAR WITHOUT CONTRAST





7408 Lake Worth Road, Ste 200
Lake Worth, FL 33467
Phone: 561.964.6740   |   Fax: 561.964.6754

**1.5T High-field MRI**

| | | | |
|---|---|---|---|
| **Patient Name:** | Philipe Castro | **Referring Physician:** | Milad Alam |
| **Patient ID:** | | **Referring Phone:** | (561) 495-9511 |
| **Patient DOB:** | | **Referring Fax:** | (561) 990-7426 |
| **DOS:** | 07/24/2025 | | |

View images in portal: https://reports.adgmri.com

**EXAMINATION:**     MRI LUMBAR WITHOUT CONTRAST



