

**Spine & Orthopedic Specialists of South Florida**

Phone: 561-507-0800
Fax: 855-264-9434

Palm Beach Lakes 2047
Palm Beach Lakes Blvd.
Ste. 100
WPB FL, 33409

Fort Lauderdale
4750 N. Federal Hwy
Ste. 300
Ft Lauderdale **FL** 33308

Plantation 7061
Cypress Rd.
Ste. 104
Plantation, FL 33317

Aventura 20803
Biscayne Blvd.
Ste. 200
Aventura FL 33180

Estero 10201
Arcos Ave.
Ste. 205
Estero, FL 33928

Naples 4513
Executive Dr. Ste. 105
Naples, FL 34110

Date: 09/08/2025

Patient: Castro. Philipe

To Whom It May Concern,

    This letter shall confirm that Dr. Emily Putney has recommended surgery in the form of an Open Microdiscectomy at L5-S1 with platelet Rich Plasma
    This will be an outpatient procedure. The estimated charges include the Physician Professional fees, facility fee, and anesthesia is $125.487.20.

    Should you have any questions please contact us.

Sincerely,

*Jacquelin Walker*

Jacquelin Walker, Administrator